IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CARLOS FABIAN HERNANDEZ PENATE,
        Petitioner,

v.                                        Civil No. 3:26CV635 (RCY)

JEFF CRAWFORD, *et al.*,
        Respondents.

## MEMORANDUM ORDER
### (Directing Response to 28 U.S.C. § 2241 Petition)

This matter comes before the Court on Petitioner Carlos Fabian Hernandez Penate's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition," ECF No. 1). Petitioner has paid the filing fee, and the Petition complies with Rule 2(c)(5) of the Rules Governing § 2254 Cases in U.S. District Courts.[1] The Court therefore ORDERS that the Petition and its accompanying Emergency Motion for Temporary Restraining Order (ECF No. 3) is duly FILED. Further, upon consideration of Petitioner's properly filed Petition for a writ of habeas corpus, it appears to the Court that the factual circumstances and legal issues presented in this Petition are materially identical to those presented in other recently filed and adjudicated habeas petitions addressing the propriety of mandatory detention pursuant to 8 U.S.C. § 1225(b)(2).

Accordingly, the Court hereby ORDERS that:

1.      Respondents SHALL file, by <u>August 3, 2026</u>, either a Notice indicating that the factual and legal issues presented in this Petition do not differ in any material fashion from those presented in *Ortega Miranda v. Bondi*, Civil Case No. 3:25cv769 (E.D. Va. Feb. 3, 2026), ECF No. 19, or an Opposition or other responsive pleading explaining why material factual or legal

---

[1] Rule 1(b) of the Rules Governing § 2254 Cases permits this Court to apply the Rules Governing § 2254 Cases to petitions under 28 U.S.C. § 2241. Rule 1(b), Rules Governing § 2254 Cases; *see Aguayo v. Harvey*, 476 F.3d 971, 976 (D.C. Cir. 2007).

differences between *Ortega Miranda* and this Petition exist, as well as any other arguments for why the Court should not grant the requested relief.

2.      If Respondents file a Notice that there are no material differences between this Petition and *Miranda Ortega*, each of the substantive filings in that habeas proceeding will be incorporated into this habeas proceeding for purposes of judicial efficiency, subject to any case-specific factual distinctions properly preserved by Respondents, and this Court will issue a ruling without further filings from the parties.  Rule 7(E) of the Local Rules for the United States District Court for the Eastern District of Virginia shall not apply to this action.

3.      If Respondents file an Opposition or other responsive pleading, Petitioner may reply within three (3) days of the filing thereof.

4.       It is FURTHER ORDERED that the Emergency Motion for Temporary Restraining Order (ECF No. 3) is GRANTED IN PART, insofar as Petitioner IS NOT to be removed or transferred from this district for any reason without this Court's Permission while the Petition is pending adjudication.  If Petitioner has already been removed or transferred from this district, it is ORDERED that Petitioner IS NOT to be removed or transferred again without this Court's permission.  Respondents are further ENJOINED from conducting Petitioner's merits hearing before this Court may resolve the pending Petition.

5.      The Clerk is DIRECTED to forward a copy of this Order to Petitioner's counsel of record and to send a copy, along with a copy of the Petition, to the United States Attorney's Office for the Eastern District of Virginia, Richmond Division.

It is so ORDERED.

_____ /s/ *RCY*
Roderick C. Young
United States District Judge

Date: July 27, 2026
Richmond, Virginia

2